# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

    Matthew Scott Frye,
    and Sonia Renee Frye,

        Debtors.

_____/

CASE NO. 09-35662
JUDGE: Opperman
CHAPTER 7

## ORDER DENYING TRUSTEE'S MOTION TO SELL DEBTOR'S ANNUITY TO SAMPO INVESTMENTS, LLC

THIS MATTER having come before this honorable court upon the Trustee's Motion for Authority to Sell Debtor's Annuity to SAMPO Investments, LLC (Purchaser):

NOW THEREFORE the trustee's motion is denied.