Form ntchrg

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **09−35662−dof**
Chapter: 7
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
  Matthew Scott Frye                                        Sonia Renee Frye
  7083 Van Vleet Road                                    7083 Van Vleet Road
  Swartz Creek, MI 48473                            Swartz Creek, MI 48473

Social Security No.:
  xxx−xx−0805                                            xxx−xx−9661

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502** on **7/28/10** at **09:30 AM** to consider and act upon the following:

*30* – Motion For Sale of Property under Section 363(b) Sale of Annuity Filed by Trustee Collene K. Corcoran (Smith, Kevin)

Dated: 7/14/10

                                                                                                      BY THE COURT

                                                                                                      Katherine B. Gullo
                                                                                                      Clerk, U.S. Bankruptcy Court

                                                                                                      BY: Jill McFarlane
                                                                                                      Deputy Clerk